IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMMY ALPHONSE,<br>   Petitioner | : | No. 3:24-CV-0855 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN RICKARD,<br>   Respondent | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Jammy Alphonse's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

Date: 7/24/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court